# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147597(41)

STATE PACKARD, LLC and ARCH
REALTY CO.,
            Plaintiffs-Appellees,

v

ARTISAN BISTRO, LLC,
            Defendant,

and

ALVIN F. RICE, JR.
            Defendant-Appellant.
_____/

SC: 147597
COA: 308546
Washtenaw CC: 10-000665-CK

On order of the Court, the motion for reconsideration of this Court's November 25, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



Clerk

d0421